UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINGO MONTAR-MORALES, | |
| Plaintiff, | Case No. C20-776-TSZ-MLP |
| v. | ORDER TO SHOW CAUSE |
| JON P. PICKERING, et al., | |
| Defendant. | |

This is a 42 U.S.C. § 1983 prisoner civil rights action. On October 14, 2020, the Court issued an Order directing the Clerk to serve Plaintiff's amended complaint on Monroe Correctional Complex Corrections Officer Bisson and directed Defendant Bisson to file an answer within 60 days of the date designated on the notice of lawsuit. (*See* Dkt. ## 12, 14.) On November 26, 2020, Defendant Bisson returned a waiver of service of summons, indicating notice of lawsuit was received on October 15, 2020, and a notice of appearance was filed on their behalf. (*See* Dkt. ## 13-14.) However, to date, Defendant Bisson has not filed an answer to Plaintiff's amended complaint and the deadline for doing so has passed.

Accordingly, this Court hereby ORDERS as follows:

ORDER TO SHOW CAUSE - 1

(1)     Defendant Bisson shall SHOW CAUSE by **February 2, 2021**, why default should not be entered in this action for failure to timely respond to Plaintiff's amended complaint; and

(2)     The Clerk is directed to send copies of this Order to the Parties and to the Honorable Thomas S. Zilly.

Dated this 19th day of January, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2