UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMINGO MONTAR-MORALES,

    Plaintiff,

v.

JON P. PICKERING, *et al.*,

    Defendant.

Case No. C20-776-TSZ-MLP

MINUTE ORDER

    The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

    On January 19, 2021, this Court issued an Order to Show Cause directing Defendant Bisson to show cause why default should not be entered in this action against him for failure to timely respond to Plaintiff's amended complaint. (Dkt. # 15.) On January 22, 2021, Defendant Bisson responded to the Court's Order and simultaneously submitted his answer. (Dkt. ## 16-17.)

    On March 18, 2021, Plaintiff filed an "Objection to Defendant's Late Filing" ("Plaintiff's Objection"). (Dkt. # 19.) Plaintiff's Objection requests that the Court "suppress" Defendant's response to the Court's Order to Show Cause and find that default be entered against Defendant.

MINUTE ORDER - 1

(*Id.* at 2.) However, on January 26, 2021, this Court issued a pretrial scheduling order in this case after having reviewed Defendant's response to the Court's Order to Show Cause and finding it satisfactory. (Dkt. # 18.) Accordingly, Plaintiff's Objection (dkt. # 19) is DENIED.

Dated this 1st day of March, 2021.

William M. McCool
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

MINUTE ORDER - 2