UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMINGO MONTAR-MORALES,

    Plaintiff,

v.

JON P. PICKERING, *et al.*,

    Defendants.

Case No. C20-776-TSZ-MLP

ORDER

This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff Domingo Montar-Morales ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, is a state prisoner who is currently confined at the Monroe Correctional Complex ("MCC"). On January 26, 2021, this Court issued a pretrial scheduling order directing the parties to complete discovery by May 26, 2021, and to file dispositive motions by June 25, 2021. (Dkt. # 18.)

On May 26, 2021, Plaintiff filed a Motion for Extension of Time ("Plaintiff's Motion"). (Dkt. # 23.) Plaintiff's Motion requests an additional 45 days to conduct discovery to: (1) obtain discovery from the Washington Office of Public Disclosure; (2) receive responses from discovery requests that allegedly remain unanswered by Defendants; and (3) because of

ORDER - 1

Plaintiff's limited law library and e-filing access at the MCC due to COVID-19 restrictions. (*Id.* at 1-2.) Defendants did not file a response to Plaintiff's Motion.

Accordingly, finding good cause, this Court hereby ORDERS as follows:

(1) Plaintiff's Motion (dkt. # 23) is GRANTED;

(2) The parties shall complete discovery by **July 12, 2021**, and file dispositive motions by **August 9, 2021**; and

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable Thomas S. Zilly.

Dated this 3rd day of June, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge