UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMINGO MONTAR-MORALES,

    Plaintiff,

v.

JON P. PICKERING, *et al.*,

    Defendants.

Case No. C20-776-TSZ-MLP

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, to which no objections were filed, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Plaintiff's motion for a temporary restraining order (docket no. 59) is DENIED and the case is referred back to Judge Peterson for further proceedings.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 6th day of April, 2022.

THOMAS S. ZILLY
United States District Judge

ORDER DENYING MOTION FOR TEMPORARY
RESTRAINING ORDER - 1