UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMINGO MONTAR-MORALES,

        Plaintiff,

   v.

JON P. PICKERING, *et al.*,

        Defendants.

Case No. C20-776-TSZ-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On August 3, 2021, this Court granted Plaintiff's second motion for extension of time to complete discovery, which extended the dispositive motions deadline in this matter to November 8, 2021. (Dkt. # 32 at 6.) On November 8, 2021, Defendant Bisson filed his motion for summary judgment ("Defendant's Motion"). (Dkt. # 39.) After two previous grants of extension of time to respond to Defendant's Motion (dkt. ## 43, 53), on March 23, 2022, this Court granted Plaintiff a third extension of time—until April 25, 2022—to respond. (Dkt. # 68 at 8.) On April 26, 2022, Plaintiff Domingo Montar-Morales filed a motion for summary judgment ("Plaintiff's Motion"). (Dkt. # 70.)

MINUTE ORDER - 1

Here, as previously noted, the dispositive motions deadline in this matter expired on November 8, 2021. (Dkt. # 32 at 6.) Accordingly, Plaintiff's Motion (dkt. # 70) is STRICKEN as untimely. Plaintiff's filing will be construed by the Court as a response to Defendant's Motion, which remains noted for the Court's consideration on April 29, 2022.

Dated this 27th day of April, 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
By: /s/Tim Farrell<br>
Deputy Clerk

MINUTE ORDER - 2