UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMINGO MONTAR-MORALES,

    Plaintiff,

v.

JON P. PICKERING, *et al.*,

    Defendants.

C20-776-TSZ-MLP

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Plaintiff's objections, docket no. 74, the response filed by Defendant Bisson, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation, docket no. 73.

(2) Defendant's motion for summary judgment, docket no. 39, is GRANTED, and this action is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 21st day of July, 2022.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 1